William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
421 W. Riverside Ave, Suite 1400
Spokane, WA 99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT OF THE EASTERN
DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| TRADEEN GOOLD; CAL ALVIN HARRIS and MIDGE HARRIS, husband and wife; CHRISTINA COLE and MARCUS COLE, wife and husband; JEFFERY NEHLS and MELISSA NEHLS, husband and wife; SANDEE HAHN and STEPHEN HAHN wife and husband,<br><br>Plaintiffs.<br>v.<br>Dr. JASON A. DREYER, DO, and LAURA DREYER, husband and wife and the marital community thereof, PROVIDENCE ST. JOSEPH HEALTH *et al.*,<br><br>Defendants. | NO. 4:25-cv-05025-SAB<br><br>**DECLARATION OF BETH BOLLINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PROVIDENCE MOTION TO DISMISS OR STAY AND MOTION TO STRIKE SUMMARY JUDGMENT FILING (ECF 23)** |

NO. 25-cv-05025
DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY
PAGE 1 OF 4

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

I, Beth Bollinger, hereby declare under penalty of perjury pursuant to the laws of the State of Washington the following:

1.  I am an attorney with the Gilbert Law Firm, which represents Plaintiffs in this matter and make this declaration based on my personal knowledge.

2.  Attached herein as **Exhibit A** is a true and correct copy of an order entered on March 13, 2025, transferring the proposed class action of *Angulo et al. v. Providence et al* from the Western District of Washington to the Eastern District of Washington. This proposed class action is now identified as *Angulo et al. v. Providence et al*, Case No. 4:25-cv-05029-SAB (Eastern District of Washington).

3.  Attached herein as **Exhibit B** is a true and correct copy of a Motion for Stay filed by Providence in the proposed class action *Angulo et al. v. Providence et al*, Case No. 4:25-cv-05029-SAB (Eastern District of Washington), filed March 24, 2025.

4.  Attached as **Exhibit C** is a true and correct copy of an order entered on June 3, 2025 involving discovery issues and a motion to compel in *Batten v. Providence*, 23-cv-0097-TOR (Eastern District of Washington), which is a case with several plaintiffs that is related to the instant one, involving surgeries by Drs. Jason Dreyer and Daniel Elskens at Providence St. Mary Medical Center.

NO. 25-cv-05025
DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY
PAGE 2 OF 4

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

5. Attached herein as **Exhibit D** is a true and correct copy of an Opposition to a Motion for Reconsideration filed by Plaintiffs in the proposed class action *Angulo et al. v. Providence et al*, Case No. 4:25-cv-05029-SAB (Eastern District of Washington), filed September 3, 2024, before the case was transferred from the Western District of Washington to the Eastern District of Washington.

6. Attached herein as **Exhibit E** is a true and correct copy of an Order entered in the proposed class action *Angulo et al. v. Providence et al*, Case No. 4:25-cv-05029-SAB (Eastern District of Washington), granting in part Plaintiffs' Motion for Reconsideration, and filed September 9, 2024, before the case was transferred from the Western District of Washington to the Eastern District of Washington.

7. On October 31, 2024, when the *Angulo* case was still in the Western District of Washington, the *Angulo* court entered in ordering striking the *Angulo* Plaintiffs' Fourth Amended Complaint and in particular removing from the action the newly-named 130 plaintiffs as part of that ruling. (*Angulo* – ECF 223).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2025, at Spokane, Washington.

s/*Beth M. Bollinger*
Beth M. Bollinger, WSBA #26645

NO. 25-cv-05025
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS OR STAY
PAGE 3 OF 4

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 4th day of June 2025.

*[signature]*

RACHEL COOK

NO. 25-cv-05025
DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR STAY
PAGE 4 OF 4

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315